IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-3301-WJM-STV

NELSON MWANGI NJOROOGE,

    Petitioner,

v.

WILLIAM BARR, Attorney General of the United States,
KEVIN MCALEENAN, Acting Secretary of the U.S. Department of Homeland Security,
RONALD VITIELLO, Director of U.S. Immigration and Customs Enforcement,
JEFFREY D. LYNCH, Denver Field Office Director for Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, and
JOHNNY CHOATE, Warden, Denver Contract Detention Facility,

    Respondents.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of Dismissal [ECF 22] entered by United States District Judge William J. Martínez on July 2, 2019, and incorporated herein by reference as if fully set forth, it is

ORDERED that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [ECF 5] and the Amended Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [ECF 6] are denied and this action is dismissed without prejudice. It is further


ORDERED that final judgment is hereby entered in favor of Respondents William Barr, Kevin McAleenan, Ronald Vitiello, Jeffrey D. Lynch and Johnny Choate and against Petitioner Nelson Mwangi Njoroge.  It is further

ORDERED that leave to proceed in forma pauperis on appeal is denied.

DATED at Denver, Colorado this 20th day of July, 2019.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Anna Frank
Anna Frank, Deputy Clerk